UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Davon C. Jackson                                  Docket No. 5:14-MJ-1964-1

**Petition for Action on Probation**

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Davon C. Jackson, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 3 and Level 5), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on June 10, 2015, to 12 months probation under the conditions adopted by the court including 7 days confinement.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's is currently being supervised in the Middle District of Florida due to the defendant residing there at the time of sentencing. The U.S. Probation office in the offender's area is not able to arrange weekend jail days as required by the court due to their local detention center's policies. This area does utilize an Alternative to Incarceration Program through the Brevard County Sheriff's Farm which requires the inmates to perform day labor with the days being a substitute to constant confinement time. It is therefore recommended in lieu of a traditional jail placement that the defendant be allowed to serve the court ordered seven day sentence at the Brevard County Sheriff's Farm. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall serve seven (7) days at the Alternative to Incarceration Program at the Brevard County Sheriff's Farm located at 2955 Pluckebaum Road in Cocoa, Florida. While at the "Farm," the defendant will abide by all the rules and regulations of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mark L. Culp |
| Robert K. Britt | Mark L. Culp |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: July 16, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __16th__ day of ____July____, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge